IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISRAEL APONTE VERAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| ANDREW SAUL, Commissioner of | : | |
| Social Security | : | NO. 19-5200 |

## **ORDER**

AND NOW, this 10th day of February, 2020, upon consideration of Plaintiff's Complaint (Doc. 2), Defendant's Uncontested Motion to Remand (Doc. 12), and the administrative record (Doc. 11), IT IS HEREBY ORDERED that the Motion is GRANTED, and the case is REMANDED to Defendant for further administrative proceedings. Upon remand, the Appeals Council will further evaluate Plaintiff's claim and/or direct an administrative law judge ("ALJ") to further revaluate Plaintiff's claim. If the ALJ who issued the October 3, 2018 decision was not properly appointed during the proceedings before her in this matter, the Appeals Council shall remand the matter to a different ALJ who is properly appointed.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g). This is a final Order. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ELIZABETH T. HEY
_____
ELIZABETH T. HEY, U.S.M.J.